**JS-6 / REMAND**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SERGIO ALONSO,<br><br>Plaintiff,<br><br>v.<br><br>MTGLQ INVESTORS, L.P.; OCWEN LOAN SERVICING, L.P.; OCWEN LOAN SERVICING, LLC; and DOES 1 – 10 inclusive,<br><br>Defendants. | Case No.: CV 15-5255-DMG (JPRx)<br><br>**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT [13]** |

Pursuant to the Stipulation of the Parties to Remand Action To State Court (the "Stipulation") filed by Plaintiff Sergio Alonso ("Plaintiff") and Defendants MTGLQ Investors, L.P. and Ocwen Loan Servicing, LLC (erroneously sued as Ocwen Loan Servicing, L.P.) (the "Defendants"), by and through their respective attorneys of record, and good cause appearing, the Court makes the following order:

**IT IS ORDERED** that the above-captioned Action is **REMANDED** to the Los Angeles County Superior Court.  Defendants' Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can Be Granted [10] is DENIED as moot.  The August 21, 2015 hearing is VACATED.

DATED:  August 4, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE